FILED
NOV 14 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

Name  HEALY          JOHN          H
      (Last)         (First)       (Initial)

Prisoner Number  SF Jail San Francisco Jail #2329447 / SF# 586566 / CDC #H91058 (DISCHARGED)

Institutional Address (current) 850 BRYANT ST, San Francisco, Calif. 94103

==================================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JOHN HARVEY HEALY
(Enter the full name of plaintiff in this action.)

vs.

Director of Calif Dept of Corrs
San Quentin State Prison
~~Scott Kernan~~

(Enter the full name of the defendant(s) in this action)

Case No. CV 07 5790 JF (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  **Exhaustion of Administrative Remedies**

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A.  Place of present confinement  San Francisco County Jail

B.  Is there a grievance procedure in this institution?

    YES (x)    NO ( )

C.  Did you present the facts in your complaint for review through the grievance procedure?

    YES (x)   NO ( )   N/A

D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                          - 1 -

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why. 602 appeal system while in Calif Dept Corrs
3  1. Informal appeal Told that the computer didn't reveal update
4  on OBIS & they were working on it. No discharge or
5  release date was available. 2. First
6  formal level I filed & it was approved either on 1st
7  or 2nd Level though I still not released.
8  Interview with a Lt. & he read my papers from Sacramento & tried
   personally to get me released as he even admitted I was beyond my
9  3. Second formal level total discharge date by over one week
10 _____
11 _____4 Third
12 formal level _____
13 _____
14 _____
15    E.   Is the last level to which you appealed the highest level of appeal available to
16         you?
17              YES ( )    NO (X)
18    F.   If you did not present your claim for review through the grievance procedure,
19 explain why. Stated above *also I [illegible] was told time &
20 again by CDC staff & officers that I would be released in the next
21 day to 3 days. Soon. Not long. Next week. Don't worry, the systems a little backed up
22    & by the time you (I) appeal further I'll be out, etc.
   II.  Parties
23    A.   Write your name and your present address. Do the same for additional plaintiffs,
24         if any.
25 John Harvey Healy #2329447, SFCJ
26 850 Bryant St
27 San Francisco, Calif 94103
28    B.   Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                      - 2 -

1         place of employment.
2  ① Calif Dept of Corrections
3  ② San Quentin State Prison
4  ③ California State
5
6                     III.
7 Statement of Claim
8     State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 I was transported to San Quentin State Prison from San Francisco Jail 2 days beyond
13 my release In May 2007. Still in June when I was due for discharge of my complete
14 State & CDC commitment & to retire my CDC # I was still incarcerated. I'd written
15 Sacramento & had documentation that I was to originally discharge my # in April
16 (this was prior to May) (Return letter arrived late April/early May) but the OBIS computer
17 was not yet updated & that I had to add my absconding time to date. Which dis-
18 charged me June 6 or 7, 2007. I brought this to the attn. of Sgt Kiss, Lt Morales,
19 Sgt 1% Evans & another C.O. whom saw the problem & even still & thru June 19, 2007
20 tried to get me released. Records never updated my case though it had been finalized 5 months
21 prior & also claimed that my CDC file was lost. Stated Sacramento couldn't find my file
22 either. I was finally released June 19, 2007 over 30 days past my
23 release & approx 10 days after my total CDC commitment incl. parole was
24 done & over against my will of course.

25 IV.   Relief
26     Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 I want monetary reimbursement, $10000 & stbs for days past my

COMPLAINT                    - 3 -

1  ~~discharge~~ legal discharge.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6th__ day of __November__, 20__07__

_____
(Plaintiff's signature)

COMPLAINT                            - 4 -