FILED
NOV 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Harvey Healy,  Plaintiff,

vs.

Director Calif Dept Corrections,
San Quentin State Prison,
State of California,  Defendant.

CASE NO. CV 07 5790 JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, John H. Healy, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____
5 | _____
6 | _____

7 | 2. Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

9      a. Business, Profession or      Yes ___ No ___
10        self employment
11      b. Income from stocks, bonds,      Yes ___ No ___
12        or royalties?
13      c. Rent payments?      Yes ___ No ___
14      d. Pensions, annuities, or      Yes ___ No ___
15        life insurance payments?
16      e. Federal or State welfare payments,      Yes _X_ No ___
17        Social Security or other govern-
18        ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | *I received a check for funds of $1.12 a day for a parole violation*
22 | *for amount of $200 from State of Calif.*

23 | 3. Are you married?      Yes ___ No _X_
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4. a. List amount you contribute to your spouse's support: $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      -2-

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?       Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                  Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes _X_ No _X_
20 Clothes I was wearing when arrested.
21 8.  What are your monthly expenses?
22 Rent: $ _____N/A_____    Utilities: _____N/A_____
23 Food: $ _____N/A_____    Clothing: _____N/A_____
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____          $_____          $_____
27 _____          $_____          $_____
28 _____          $_____          $_____  9. Do

1 you have any other debts? (List current obligations, indicating amounts and to whom they are
2 payable. Do not include account numbers.)
3 Approx $1200 to Bally's Fitness      Approx $250 to Sprint Wireless
4 Approx $700 to CingularWireless
5 10.    Does the complaint which you are seeking to file raise claims that have been presented
6 in other lawsuits?    Yes ___  No X
7 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 which they were filed.
9 _____ N/A _____
10
11    I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13    I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 11-6-07                           John H. Healy
17    DATE                           SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 4 -

*I sent two in here of these forms for my Account Dept. here at the San Francisco Co. Jail in answer*

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

_____ [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                           [Authorized officer of the institution]