FILED

07 DEC -5 PM 1:47

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8
9
10
11

**CV 07    5790**
**JF**
**(PR)**

John Harvey Healy        Plaintiff,

vs.

Director of Calif. Dept. of Corr.
San Quentin State Prison
                              Defendant.

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

12
13
14
15

16    I, __John Harvey Healy__, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22          In support of this application, I provide the following information:

23    1:      Are you presently employed? Yes _X_ No ___

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____    Net: _____

27    Employer: _____

28    _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *Piece work - Davey Roofing, Irvine, Calif. / Ontario, Calif.*      *Early*

5   *"     Peebles Roofing, Orange Calif.*      *1990's*

6   *"     United Roofing, Perris, Calif. / Anaheim, Calif.*

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or                    Yes ____ No ___✕

10              self employment

11      b.      Income from stocks, bonds,                 Yes ____ No ✕

12              or royalties?

13      c.      Rent payments?                             Yes ____ No ✕

14      d.      Pensions, annuities, or                    Yes ____ No ✕

15              life insurance payments?

16      e.      Federal or State welfare payments,         Yes ✕ No ___

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  *Parole / Grant / Release Money from State of Calif.*

22  *$200 June 2007.*

23  3.      Are you married?                               Yes ____ No ✕

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?     Yes _X_ No ____

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?        Yes _X_ No ____

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $_____

12   Monthly Payment: $_____

13   7.    Do you have a bank account? Yes _X_ No ____ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $_____

17   Do you own any cash? Yes ____ No ____ Amount: $_____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ____

20   _____

21   8.    What are your monthly expenses?

22   Rent: $_____ Utilities: _____

23   Food: $_____ Clothing: _____

24   Charge Accounts:

25   Name of Account        Monthly Payment        Total Owed on This Acct.

26   _____    $_____    $_____

27   _____    $_____    $_____

28   _____    $_____    $_____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to

2    whom they are payable. Do not include account numbers.)

3    $200(+)(approx) Sprint Wireless        Approx $1500 - Bill's Fitness

4    $800 (approx) Cingular Wireless        Approx $2000 Court Fines

5    10.    Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?    Yes ___ No X

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.    (But unfiled I believe)

9    to date I did send this same in the by route of SF County

10    Jail Legal Services Right after this one but it was not done as well.
      I am a little confused on this. Same case though.

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    11/22/07                           John J. Lewly

17    _____              _____
      DATE                          SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                           Case Number: _____
3
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                    **IN**
10                        **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _John Healy_____ for the last six months
14   at                          2325447
15                                    [prisoner name]
16   SAN FRANCISCO SHERIFFS DEPT_____ where (s)he is confined.
17              [name of institution]
18          I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ _22.86_____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $_8.64_____.
21
22   Dated: _11-29-07_____            ___Ca.u.) #1091_____
23                                       [Authorized officer of the institution]
24
25
26
27
28


                                          - 5 -

Date : 11/29/2007

## Account Activity Ledger

Time : 06:23

From :08/17/2007   To : 11/29/2007

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|----------|------|--------------|-------|----------|---------|---------|------------|-------|-----------------|
| **ID** 2329447 | **Name** HEALY, JOHN | | | | **Block** 7M AA 50 | | | **Previous Balance** | 0.00 |
| 08/17/2007 | 16:54 | B#227401 | 708778 | Deposit | | 35.00 | | | 35.00 |
| **Comment** Initial Entry | | | | | | Cash | | | |
| 08/22/2007 | 04:23 | I#261606 | | Invoice | 10.12 | | | | 24.88 |
| **Comment** Sales Transaction | | | | | | | | | |
| 08/29/2007 | 04:24 | I#262804 | | Invoice | 24.48 | | | | 0.40 |
| **Comment** Sales Transaction | | | | | | | | | |
| 10/07/2007 | 04:42 | B#238146 | 732184 | Deposit | | 20.00 | | | 20.40 |
| **Comment** western union | | | | | | **Money Order** 08777191969 | | | |
| 10/10/2007 | 05:35 | I#270514 | | Invoice | 18.95 | | | | 1.45 |
| **Comment** Sales Transaction | | | | | | | | | |
| 10/17/2007 | 04:51 | I#271706 | | Invoice | 1.13 | | | | 0.32 |
| **Comment** Sales Transaction | | | | | | | | | |
| 11/11/2007 | 04:42 | B#245982 | 749072 | Deposit | | 25.00 | | | 25.32 |
| **Comment** postal money order | | | | | | **Money Order** 11649453197 | | | |
| 11/14/2007 | 05:27 | I#275943 | | Invoice | 20.43 | | | | 4.89 |
| **Comment** Sales Transaction | | | | | | | | | |
| 11/21/2007 | 04:49 | I#277576 | | Invoice | 4.78 | | | | 0.11 |
| **Comment** Sales Transaction | | | | | | | | | |

| | | | |
|---|---|---|---|
| **Deposits** | 3 **For** $ | 80.00 |
| **Withdraws** | 0 **For** $ | 0.00 |
| **Invoices** | 6 **For** $ | 79.89 |

