1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

# Filed

### DEC 1 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN H. HEALY,

       Plaintiff,

   v.

CALIFORNIA DEPT OF
CORRECTIONS, et al.,

       Defendants.

_____/

No. C 07-6190 JF (PR)

ORDER CORRECTING ERRONEOUS
FILING; CLOSING CASE;
INSTRUCTIONS TO CLERK

(Docket No. 2)

20

21

22

23

24

25

26

27

      Plaintiff, proceeding pro se, filed this civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed in forma pauperis on December 6, 2007. Plaintiff filed an earlier civil rights complaint with this Court, case no. C 07-5790 JF (PR), which alleges the same claims against the same Defendants as the instant complaint. It appears the instant complaint was mistakenly received and opened as a new case in this action. Because the instant case was opened erroneously, the Clerk shall terminate Plaintiff's motion to proceed in forma pauperis (docket no. 2) and close the file. The Clerk shall copy all documents in the instant case and transfer the documents to case no. C 07-5790 JF (PR).

28

Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\cr.07\Healy190close

United States District Court
For the Northern District of California

1  The Court will review Plaintiff's complaints in a separate written order in the earlier case,

2  C 07-5790 JF (PR).

3      IT IS SO ORDERED.

4
   DATED: _____          _____
5                                      JEREMY FOGEL
6                                      United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   Order Correcting Erroneous Filing; Closing Case; Instructions to Clerk
   P:\pro-se\sj.jf\cr.07\Healy190close                    2

1  A copy of this ruling was mailed to the following:

2  John H. Healy
3  SF Jail 2329447
   850 Bryant Street
4  San Francisco, CA 94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

# Filed

**DEC 1 8 2007**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HEALY, | No. C 07-6190 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPT OF CORRECTIONS, et al., | |
| Defendants. | |

The Court has closed the instant case because the instant complaint filed on December 6, 2007 was mistakenly opened as a new case, rather than being filed in Plaintiff's pending civil rights action, case no. C 07-5790 JF (PR). Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12-14-07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Healy190jud

1    A copy of this ruling was mailed to the following:

2    John H. Healy
3    SF Jail 2329447
     850 Bryant Street
4    San Francisco, CA 94103

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Judgment
P:\pro-se\sj.jf\cr.07\Healy190jud

2

E-filing

1 **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3 Name HEALY    JOHN    H

4     (Last)        (First)        (Initial)

5 Prisoner Number 2329447

6 Institutional Address SF Co Jail   850 BRYANT ST

7 San Fra cis co, CALIF   94103   94103-4603

8

9 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

10

11 John Harvey Healy
(Enter the full name of plaintiff in this action.)    **CV 07**    Case No. **6190**

12            vs.                   (To be provided by the clerk of court) **JF**

13 Calif. Dept. of Corrections    **COMPLAINT UNDER THE (PR)**

14 San Quentin State Prison )    **CIVIL RIGHTS ACT,**

15 State of California    **42 U.S.C §§ 1983**

16

17 (Enter the full name of the defendant(s) in this action))

18 *[All questions on this complaint form must be answered in order for your action to proceed..]*

19 I.    <u>Exhaustion of Administrative Remedies</u>

20     [**Note:** You must exhaust your administrative remedies before your claim can go

21     forward. The court will dismiss any unexhausted claims.]

22     A.    Place of present confinement San Francisco Co Jail

23     B.    Is there a grievance procedure in this institution? (took place @ SQ State Prison)

24         YES (✓)    NO ( )

25     C.    Did you present the facts in your complaint for review through the grievance

26         procedure?

27         YES( )    NO (✓)

28     D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT            - 1 -

appeal at each level of review. **If you did not pursue a certain level of appeal, explain why.**

1. Informal appeal _May / June 2007, Answer stated that they were processing me as soon as process was finished I would be released & that at this_ 2. First formal level _point there was nothing on me. They were looking for my file. I was told it was granted._

_____

3. Second formal level_____

_____

_____ 4 Third

formal level _____

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to you?

      YES ( )    NO (X)

F.    If you did not present your claim for review through the grievance procedure, explain why. _I was told personally by C/o's 3 Lt's that by the time I sent it in I got an answer I'd be released. Also 602 appeal Answer told me there was nothing else that could be done & that they were aware of me. Also Sgt Kiss, Sgt Estino & Lt Munoz had seen my appeal. Munoz had physical poss. of it_

II.    **Parties** & saw it.

A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

_John H. Healy   2329447_

_850 Bryant St_

_San Francisco, Calif 94103- 4603_

B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1        place of employment.

2 Records Dept. San Quentin State Prison, Calif. Dept. of Corrections

3 of the State of California

4

5

6                                     III.

7 Statement of Claim

8        State here as briefly as possible the facts of your case. Be sure to describe how each

9 defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 I was doing a 9 w/2 state parole viol. while @ S.F. Co. Jail. My parole viol.

13 was up in Mid-May two days before I was still transferred to San Quentin State Prison.

14 I had previously written Calif. Dept. Corr. / Records Analyst + Legal Dept + received a statement that

15 my discharge date was April 2007 on OBIS computer b/c that it had not been updated yet

16 to add my absconding time. With that added I would discharge all parole + state commitments on

17 June 2nd or June 4th 2007. OBIS the status of Calif. claims is always up to date on every inmate.

18 I arrived @ SQSP on a Wed. in Mid-May 2 days after release date + 3 wks before

19 discharge date. I wrote 2 - 602 appeals + was approved though I still was not released.

20 Sgt. King, Sgt. ~~Evans~~ + especially Lt. Munoz read the statement I had from Sacramento + made

21 calls + Records said yes I was now ( New June 2007) ~~past~~ past my released date + past my

22 discharge date but couldn't locate any record of me. All through ~~the~~ approx. May 21st thru

23 June 10th (10 to 17 days past discharge) the Lt + Sgts. tried to get me out. Lt. Munoz

24 walked my paperwork thru + still no release even though my discharge date as well as they admitted + were aware I

25 was not only past my release date but eventually my discharge date

IV.     Relief all took place, I was still being held. I was held against my will 10 days past

my complete discharge of parole. And 30 (plus) days past my release.

26     Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 Monetary ~ Money for each day held past discharge date.

COMPLAINT                   - 3 -

1

2

3

4

5

6

7    I declare under penalty of perjury that the foregoing is true and correct.

8

9    Signed this ___16th___ day of ___November___ , 20 _07_

10

11    _____

12    (Plaintiff's signature)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                     - 4 -



02 1M
0004235456
MAILED FROM

RECEIVED

DEC  5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Dist Court
450 Golden Gate
SF CA 94102

SAN FRANCISCO SHERIFFS DEPARTMENT
PRISONER LEGAL SERVICES
555 SEVETH STREET, 2ND FLOOR
SAN FRANCISCO, CA 94103

E-filing

FILED
07 DEC -5 PM 1:51
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **NORTHERN DISTRICT OF CALIFORNIA**
10
11   John Harvey Healy   Plaintiff,          **CV 07    6190**
                                              CASE NO. _____   **JF**
12        vs.                                **PRISONER'S**
     Calif. Dept of Correction              **APPLICATION TO PROCEED**   **(PR)**
13   San Quentin State Prison               **IN FORMA PAUPERIS**
14   State of California   Defendant.
15
16        I, _John H. Healy____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.   Are you presently employed? Yes ____ No _X_

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____   Net: _____

27   Employer: _____

28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  Early 1990's - Davey's Roofing, Irvine Calif.

5  Peeble's Roofing, Orange, Calif

6  (I think)

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9     a.    Business, Profession or              Yes _____ No ___✓

10          self employment

11    b.    Income from stocks, bonds,           Yes _____ No ___✓

12          or royalties?

13    c.    Rent payments?                       Yes _____ No ___✓

14    d.    Pensions, annuities, or              Yes _____ No ___✓

15          life insurance payments?

16    e.    Federal or State welfare payments,   Yes ___✓ No _____

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.    State release

21  200, parole money - June 2007

22

23  3.    Are you married?                        Yes _____ No ___✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____    Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

1      b.     List the persons other than your spouse who are dependent upon you for

2            support and indicate how much you contribute toward their support. (NOTE:

3            For minor children, list only their initials and ages. DO NOT INCLUDE

4            THEIR NAMES.).

5 _____

6 _____

7 5.     Do you own or are you buying a home?      Yes _____ No __✓__

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9 6.     Do you own an automobile?         Yes _____ No __✓__

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $_____

12 Monthly Payment: $_____

13 7.     Do you have a bank account? Yes _____ No __✓__ (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $_____

17 Do you own any cash? Yes __✗__ No __✗__ Amount: $ _4, 80)/xx_____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes _____ No __✓__

20 _____

21 8.     What are your monthly expenses?

22 Rent: $_____ Utilities: _____

23 Food: $_____ Clothing: _____

24 Charge Accounts:

25 Name of Account        Monthly Payment        Total Owed on This Acct.

26 _____ $ _____ $ _____

27 _____ $ _____ $ _____

28 _____ $ _____ $ _____9.   Do

1   you have any other debts?  (List current obligations, indicating amounts and to whom they are
2   payable.  Do not include account numbers.)
3   _____ *No* _____
4   _____
5   10.    Does the complaint which you are seeking to file raise claims that have been presented
6   in other lawsuits?    Yes ____  No ✗
7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8   which they were filed.
9
10  _____
11          I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13          I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _11/16/07_                          _John J Healy_
17       /DATE                          SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 - 4 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

    I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _John Healy_ for the last six months at _2325447_

[prisoner name]

_SAN FRANCISCO SHERIFFS DEPT_ where (s)he is confined.

[name of institution]

    I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _22.86_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _8.64_ .

Dated: _11-29-07_           _H.W #109_

[Authorized officer of the institution]

- 5 -

**Account Activity Ledger**

From :08/17/2007    To : 11/29/2007

Date : 11/29/2007

Time : 06:23

| Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2329447 | | Name HEALY, JOHN | | | Block 7M AA 50 | | | Previous Balance | 0.00 |
| 08/17/2007 | 16:54 | B#227401 | 708778 | Deposit | | 35.00 | | | 35.00 |
| Comment Initial Entry | | | | | | Cash | | | |
| 08/22/2007 | 04:23 | I#261606 | | Invoice | 10.12 | | | | 24.88 |
| Comment Sales Transaction | | | | | | | | | |
| 08/29/2007 | 04:24 | I#262804 | | Invoice | 24.48 | | | | 0.40 |
| Comment Sales Transaction | | | | | | | | | |
| 10/07/2007 | 04:42 | B#238146 | 732184 | Deposit | | 20.00 | | | 20.40 |
| Comment western union | | | | | | Money Order 08777191969 | | | |
| 10/10/2007 | 05:35 | I#270514 | | Invoice | 18.95 | | | | 1.45 |
| Comment Sales Transaction | | | | | | | | | |
| 10/17/2007 | 04:51 | I#271706 | | Invoice | 1.13 | | | | 0.32 |
| Comment Sales Transaction | | | | | | | | | |
| 11/11/2007 | 04:42 | B#245982 | 749072 | Deposit | | 25.00 | | | 25.32 |
| Comment postal money order | | | | | | Money Order 11649453197 | | | |
| 11/14/2007 | 05:27 | I#275943 | | Invoice | 20.43 | | | | 4.89 |
| Comment Sales Transaction | | | | | | | | | |
| 11/21/2007 | 04:49 | I#277576 | | Invoice | 4.78 | | | | 0.11 |
| Comment Sales Transaction | | | | | | | | | |

|  | | | |
|---|---|---|---|
| Deposits | 3 For $ | 80.00 |
| Withdraws | 0 For $ | 0.00 |
| Invoices | 6 For $ | 79.89 |