1  Name and Address: John Healy c/o Walden House Rotary Cntr
2  1318 Gateview Ave #C
3  San Francisco, Calif 94130

RECEIVED
2007 DEC 26 PM 2:54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

John H. Healy
**Plaintiff / Petitioner**

VS.

Dir. of Calif Dept of Corrs.
**Defendant / Respondent**

Case No. 5:07-cv-05790-JF

Document Name:

John H. Healy
Walden House Recovery
1318 Gateview Ave #C
San Francisco, Calif 94130

U.S. District Court - Northern Dist. of Calif
280 South First Street   Rm. 2112
San Jose, Calif 95113

9511343004 C040