**United States District Court**
**For the Northern District of California**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. HEALY, | No. C 07-5790 JF (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The Court has dismissed the instant civil rights complaint without prejudice for failure to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/8/08

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\cr.07\Healy790jud