RECEIVED
2008 MAY -6 PM
RICHARD W. WIE[KING]
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

John Harvey Healy
2359145
850 Bryant St.
San Francisco, Calif 94103-4603
May 2, 2008, Friday

United States Civil Court;

    My name is John Harvey Healy. My last four digits of my SS# are 8543. My Birth Date is 03/05/66.
    I have a civil suit against Calif Dept of Corrs %/or San Quentin State Prison %/or Director of Calif Dept of Corrs. Filed in either Nov. 07 or Dec. 07 (E-Filed). In Dec 07 ~~or Jan 08~~ I sent a change of address in from (850 Bryant St. SF Calif 94103) to 1318 Gateview Ave, S.F. 94130. I then received one notification to pay less than $5 towards my filing fee by late Dec of which I paid $5.00 full @ San Francisco Federal Clerks Office. I still owed $345.00 on filing fee. I now need to change mailing address to me

John Harvey Healy
#2359145
850 Bryant St
San Francisco, Calif 94103-4603

    I also wish to pay filing fee in full. I am incarcerated @ the S.F. County Jail but have a person w/ my power of attorney whom will come to clerks office to pay my filing fee for me, out of my funds now. But I need the filing number. Everything at previous address was disposed of without my presence. Please contact me of status of case & filing #.
    I had placed a duplicate 1983 form by error @

approximate time as original. The 2nd 1983 form was denied due to this but not original which was still pending.

I have persued to learn the address to write to your office for two months or more now, to just now receiving it. Please assist me w/ info I need to update on my case. Within a week to two weeks of receiving status, notification & filing #, I will pay filing fee in full.

Thank you for your time, patience & assistance in this manner.

Sincerely,

*John H. Healy*

John H. Healy
#2359145
05/02/08



John H. Heely
#235 94445
850 Bryant St.
S.F., Calif. 94103-4603

United States Federal Civil Court Clerk
280 South 1st Street
San Jose, Ca 95113