850 Bryant St

San Francisco, Calif. 94103-4603

U.S District Court

California Northern District

**FILED**

2008 JUN 13 P 3 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Civil Case #: 5:07-cv-05790-JF

Healy v. Director of Calif. Dept of Corrections et al

Date Filed    11/14/2007

Date Terminated   4/9/8

Nature of Suit    530 Prisoner; Civil Rights

I was the plaintiff in case stated above. You recently sent me the transcripts of the determination for dismissal w/out prejudice I apologize & will not ask again. But will you Please send me another copy - free of charge - I am incarcerated currently & my copy was lost. I have immediate need as I have questions & need to send to attorney for help. Also do you ⊗ can you send copy of original writ? Thankyou so much for your help & assistance.

Very Sincerely,

*John H. Healy*

John H. Healy



John Healy
#2359145
850 Bryant St.
San Francisco, Calif. 94103-4603

Office of the Clerk, U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, California 95113-3095

95113+3095 C060